United States District Court

Southern District of New York

_____

                                  No. 20-6402

Aisha Beverly,                          Complaint

           Plaintiff,

                v.

United States Postal Service,

           Defendant.

_____

      Plaintiff by her attorney, John F. McHugh, 233 Broadway, New York, N.Y. complains of the defendant as follows:

      1.  Plaintiff, an employee of the defendant, had monies deducted from her pay for several pay periods with no explanation.

      2.  She filed a grievance which was resolved by a decision *In the Matter of the Petition of Aisha Beverly, 2619 Ponon Ave. Bronx, NY* 10461-8889, United States Postal Service Docket DCA No. 19-86 on July 3, 2019.  Exhibit A.

      3.  Pursuant to a settlement agreement between the parties, the case was dismissed on July 8, 2019, subject to  the *Settlement Agreement* that provided that as no evidence supported any claim against plaintiff, the Postal Service shall

"refund to Petitioner $7,750 taken from her wages, within 30 days of the date of this Order, or as otherwise agreed by the parties".

4.  The defendant has failed and refused to honor the settlement agreement.

5.  Plaintiff, having exhausted her administrative remedies, seeks judgement against the defendant for $7,750 together with interest from July 8, 2019, as well as for the costs and disbursements of this action as well as the plaintiff's attorney's fees.

Wherefore, the plaintiff seeks judgement against the defendant in the sum of $7,750. together with interest from July 8, 2019, as well as her costs, disbursements and attorney's fees.

Dated: New York, NY.　　　　　　　　　John F. McHugh
　　　August 13, 2020　　　　　　　　233 Broadway, Suite 2320
　　　　　　　　　　　　　　　　　　New York, N.Y. 10279
　　　　　　　　　　　　　　　　　　212-483-0875