USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  AISHA BEVERLY,

                       Plaintiff,

          -against-                        1:20-cv-06402-GHW

  UNITED STATES POSTAL SERVICE,              ORDER

                    Defendant.
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than November 6, 2020.  Dkt. No. 4.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than November 12, 2020 at 5:00 p.m.

      Counsel for Plaintiff is directed to serve a copy of this order on Defendant.

      SO ORDERED.

Dated:  November 10, 2020
New York, New York
                                                      GREGORY H. WOODS
                                            United States District Judge