```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  AISHA BEVERLY,                              :
                                                 :
                         Plaintiff,   :
             -against-              :      1:20-cv-06402-GHW
                                                 :
  UNITED STATES POSTAL SERVICE,    :      <u>ORDER</u>
                                                 :
                       Defendant.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On November 10, 2020, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than December 8, 2020. Dkt. No. 12. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than December 14, 2020 at 5:00 p.m.

       Counsel for Plaintiff is directed to serve a copy of this order on Defendant.

       SO ORDERED.

Dated: December 11, 2020

                                                              _____
                                                                GREGORY H. WOODS
                                                            United States District Judge